IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARNEGIE LEARNING, INC., | ) | Civil Action No. 06 - 187 |
| | ) | |
| Plaintiff, | ) | Judge Gary L. Lancaster / |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| LISA BICKEL, | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

**IT IS ORDERED** this 14th day of March, 2006, that a Status Conference is scheduled for March 17, 2006 at 10:00 AM in Suite 301 of the U.S. Post Office and Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219.  The parties should be prepared to discuss all outstanding issues, as well as to address why this case should not be remanded on the basis of lack of jurisdiction.

**IT IS FURTHER ORDERED** Plaintiff's Second Motion for Hearing (Doc. No. 10) filed March 13, 2005 is **DENIED**.

**IT IS FURTHER ORDERED** Plaintiff's Motion for Hearing (Doc. No. 2) filed February 15, 2006 is **DENIED AS MOOT**.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:    David J. Berardinelli
Jacqueline A. Koscelnik

Walter P. DeForest

DeForest, Koscelnik, Yokitis & Kaplan
436 Seventh Avenue
3000 Koppers Building
Pittsburgh, PA 15219

Bruce C. Fox

Obermayer, Rebmann, Maxwell & Hippel
500 Grant Street
Suite 5240
Pittsburgh, PA 15219-2502

Charles A. Lamberton
Lamberton Law Firm
707 Grant Street
Suite 1705
Pittsburgh, PA 15219